# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141024

In re SHERRY ROSE STEWART and
ANTHONY JOSEPH STEWART, Minors.
_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

DENISE RENE STEWART,
      Respondent-Appellant,

and

MILFORD MICHAEL STEWART, ROGER
SASSON, and JAMES MILLER,
      Respondents.
_____/

SC: 141024
COA: 293495
Wayne CC Family Division:
07-469930

     On order of the Court, the application for leave to appeal the April 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2010



                    Clerk

d0518